IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TracFone Wireless, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:09cv1031 (GBL) ) |
| <itracfone.com>, an Internet Domain Name, | ) ) ) |
| Defendant. | ) ) |

### ORDER

THIS MATTER is before the Court on the January 22, 2010, Report and Recommendation of Magistrate Judge John F. Anderson, regarding Plaintiff TracFone Wireless, Inc.'s ("TracFone") unopposed Motion for Default Judgment against the Defendant Internet Domain Name <itracfone.com>. This *in rem* action concerns Plaintiff's claim for injunctive relief pursuant to the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d)(2).

Federal Rule of Civil Procedure 72(b) provides that a magistrate judge may hear a dispositive motion, without the consent of the parties, and recommend the disposition of the matter to a district judge. FED. R. CIV. P. 72(b). A party must serve any objections to the magistrate judge's recommendation within fourteen (14) days of being served with a copy of the order. *Id*. The district judge to whom a case is assigned should make a *de novo* determination on the record, or receive additional

evidence, on any portion of the magistrate judge's disposition to which a party has made a specific written objection. *Id.*

Here, TracFone filed the Complaint on September 11, 2009. On October 5, 2009, TracFone filed a motion for service by publication. On October 19, 2009, Magistrate Judge Anderson ordered TracFone to provide notice of this action by publication in accordance with the ACPA. On October 27, 2009, TracFone filed a declaration describing its compliance with Magistrate Judge Anderson's order to publish notice of action. Other than the claim made by TracFone, no response, claim, or other pleading has been filed by anyone asserting any right or claim to the Defendant Domain Name. The Clerk entered default on November 17, 2009. The Defendant Domain Name has not responded to the Complaint and Federal Rule of Civil Procedure 55 allows this Court to grant a motion for default judgment where a party has failed to plead or defend against a claim. FED. R. CIV. P. 55.

Magistrate Judge Anderson recommends that the Court find that the TracFone Mark is distinctive and that <itracfone.com> is confusingly similar to the TracFone Mark. He further recommends that the Court find that the registrant of <itracfone.com> registered and has used the Defendant Domain Name with a bad faith intent to profit from the TracFone Mark. Finally, Magistrate Judge Anderson recommends that the Court find that registrant's actions have violated the ACPA, and that the Court

enter an order requiring the registry VeriSign, Inc., to transfer the registrar for the Defendant Domain Name <itracfone.com> from Lead Networks Domains Pvt. Ltd to Network Solutions LLC and that Network Solutions LLC be ordered to transfer the registration of <itracfone.com> to TracFone.

Neither party has filed objections within fourteen (14) days after being served with the magistrate judge's recommendation. Therefore, the Court adopts Magistrate Judge Jones's Report and Recommendation *in toto*. Accordingly, it is hereby

ORDERED that VeriSign, Inc., transfer the registrar for Defendant Domain Name <itracfone.com> from Lead Networks Domains Pvt. Ltd to Network Solutions LLC. It is further

ORDERED that Network Solutions LLC transfer registration of <itracfone.com> to TracFone.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 25th day of March, 2010.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia